Certificate Number: 14424-ILN-DE-035095707

Bankruptcy Case Number: 20-18853



14424-ILN-DE-035095707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 17, 2020, at 1:21 o'clock PM EST, Aquinetta Pierce completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  November 17, 2020                By:    /s/Mabelyn  Ramirez

                                        Name:  Mabelyn  Ramirez

                                        Title: Instructor